Argued March 2—decided March 2, 1976

EDWARD TRAVIS ET AL. *v*. DONALD O. ST. JOHN

The defendant's motion dated January 27, 1976, to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

The defendant's motion dated February 6, 1976, to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Frank J. Culhane,* for the appellee (defendant).

*Leon S. Field,* for the appellants (plaintiffs).

Argued March 2—decided March 2, 1976

